Argued and submitted June 10, affirmed as modified on appeal, affirmed on cross-appeal October 2, 1985

In the Matter of the Marriage of

BECKNAL,
*Appellant-Cross-Respondent,*
*and*

BECKNAL,
*Respondent-Cross-Appellant.*

(83 076 5274; CA A33610)

706 P2d 209

Constance C. Jarvis, Portland, argued the cause and filed the brief for appellant cross-respondent.

Norman L. Lindstedt, Portland, argued the cause and filed the brief for respondent cross-appellant.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

On *de novo* review, we modify the judgment to award wife a one-half interest in the unexercised stock options earned during the marriage, subject to her payment of one-half of the purchase price if and when exercised and her assumption of one-half of any tax liability arising out of the exercise.

Affirmed as modified on appeal; affirmed on cross-appeal. Costs to wife.